\*\*E-Filed 10/12/07\*\*

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| PAMELA A. PEKIPAKI,<br><br>                Plaintiff,<br><br>    v.<br><br>MICHEL J. ASTRUE, Commissioner, Social Security Administration,<br><br>                Defendant. | Case Number C 07-04917 JF (RS)<br><br>ORDER[1] GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>[re: docket no. 2] |

    On September 21, 2007, Plaintiff Pamela A. Pekipaki ("Pekipaki") filed a complaint for judicial review of a decision of the Commissioner of Social Security. Pekipaki asserts that she has exhausted administrative remedies in this matter.

    On the same date, Pekipaki filed an application to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915, a district court may authorize the commencement of a civil action *in forma pauperis* if the court is satisfied that the would-be plaintiff cannot pay the filing fees necessary to pursue the action. 28 U.S.C. § 1915(a)(1). The Court is satisfied that Pekipaki cannot pay the

---

[1] This disposition is not designated for publication and may not be cited.

1 | filing fee and that the instant action is not frivolous or without merit and therefore will grant his
2 | application to proceed *in forma pauperis*. The Marshalls' office shall affect service of process.
3 |
4 | DATED: October 12, 2007

_____
JEREMY FOGEL
United States District Judge

Case No. C 07-04917 JF (RS)
ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*
(JFEX2)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3
Case No. C 07-04917 JF (RS)
ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS
(JFEX2)