BETTY HERRERA (242189)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

*E-FILED 3/18/08*

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA A. PEKIPAKI,<br><br>          Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner,<br>Social Security Administration,<br><br>          Defendant. | Civil No. C07-04917 RS<br><br>STIPULATION AND ORDER |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time of (30) days up through and including Monday, April 28, 2008 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases (19) Plaintiff's counsel currently has before the district court that also require briefing around this time period.

1

STIPULATION AND ORDER

| | |
|---|---|
| | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| Dated: March 18, 2008 | /s/<br>GINA SHIN<br>Assistant U.S. Attorney |
| Dated: March 18, 2008 | /s/<br>BETTY HERRERA<br>Attorney for Plaintiff<br>PAMELA A. PEKIPAKI |

IT IS SO ORDERED.

Dated: March 18, 2008

HON. RICHARD SEEBORG
United States Magistrate Judge

2

STIPULATION AND ORDER