1   JOSEPH P. RUSSONIELLO, CSBN 44332
    United States Attorney
2   LUCILLE GONZALES MEIS, SBN CO 15153
    Regional Chief Counsel, Region IX,
3   Social Security Administration
    GINA SHIN
4   Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone:   (415) 977-8926
        Facsimile:   (415) 744-0134
7
    Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12  PAMELA PEKIPAKI,                    )
                                        )    CIVIL NO. 5:07-CV-04917-RS
13           Plaintiff,                 )
                                        )
14              v.                      )    STIPULATION AND ORDER OF REMAND
                                        )
15  MICHAEL J. ASTRUE,                  )
    Commissioner of Social Security,    )
16                                      )
                                        )
17           Defendant.                 )
    _____)
18

19          IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the

20  approval of the Court, that this action be remanded to the Defendant, Commissioner of Social Security,

21  pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.  The purpose of the remand is to

22  offer Plaintiff a new decision.

23          Upon remand, the Office of Disability Adjudication and Review will remand this case to an

24  Administrative Law Judge (ALJ) and direct him or her to will further address Plaintiff's impairments,

25  including obesity, and the opinions of all the medical sources, with an explanation of reasons if they are

26  rejected.  The ALJ will also update the medical record as needed with appropriate development.

27  Supplemental vocational expert evidence will also be obtained, if warranted.

28

FILED

MAY 1 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

1    Dated: _May 15, 2008_                    /s/ Betty Herrera
                                                (As authorized on May 15, 2008)
2                                             BETTY HERRERA
                                              Attorney for Plaintiff
3

4                                             JOSEPH P. RUSSONIELLO
                                              United States Attorney
5

6    Dated: _May 15, 2008_         By:        /s/ Gina Shin
                                                (As signed on May 15, 2008)
7                                             GINA SHIN
                                              Special Assistant United States Attorney
8

9

10   PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is reversed and remanded to the

11   Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g) for further

12   proceedings.

13

14

15

16   Dated: _May 19, 2008_

                                              RICHARD SEEBORG
17                                            United States Magistrate Judge
                                              Northern District of California
18

19

20

21

22

23

24

25

26

27

28

                                        2