HARVEY P. SACKETT (72488)
**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

*E-FILED 9/2/08*

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA A. PEKIPAKI,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner,<br>Social Security Administration,<br><br>    Defendant. | No. 07-04917 RS<br><br>STIPULATION AND ORDER<br>[28 U.S.C. § 2412(d)] |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that subject to the approval of the Court, Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the EAJA in the amount of FIVE THOUSAND DOLLARS ($5,000.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

1

STIPULATION AND ORDER

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of $5,000 in EAJA attorney fees shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees and costs in connection with this action. Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel. This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Dated: August 1, 2008

/s/
HARVEY P. SACKETT
Attorney for Plaintiff
PAMELA A. PEKIPAKI


JOSEPH P. RUSSONIELLO
United States Attorney

Dated: August 1, 2008

/s/
GINA SHIN
Assistant Regional Counsel

IT IS SO ORDERED.

Dated: September 2, 2008

HON. RICHARD SEEBORG
United States Magistrate Judge

SACKETT AND ASSOCIATES
A PROFESSIONAL LAW CORPORATION
1055 Lincoln Avenue
Post Office Box 5025
San Jose, CA 95150-5025
Phone (408) 295-7755

STIPULATION AND ORDER